# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| CARLOS ROCANO YANZA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 17-cv-00857 |
| | ) | |
| v. | ) | Judge Sharon Johnson Coleman |
| | ) | |
| LO'S CHINA KITCHEN., | ) | Magistrate Judge Maria Valdez |
| YUEN MAI LO d/b/a LO'S CHINA KITCHEN, | ) | |
| and YING CAI RUAN, individually, | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(iii), Plaintiff Carlos Rocano Yanza, having resolved this matter, stipulate to the voluntary dismissal of this lawsuit with prejudice and without the assessment of costs and/or attorneys' fees against any party.

Respectfully submitted,

Dated: July 28, 2017

s/Javier Castro
Javier Castro
Lydia Colunga-Merchant
Raise the Floor Alliance – Legal Dept.
1 N. LaSalle, Suite 1275
Chicago, IL 60602

*Attorney for Plaintiffs*